UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

BETH A. NEARY

      Plaintiff,

vs.

EMMA JEAN TISCHLER and PAULA
TISCHLER

      Defendants.

_____

**COMPLAINT**

Index No.:

**JURY TRIAL DEMANDED**

Plaintiff, by her attorneys, Steve Boyd, P.C., as and for her Complaint against the defendants, hereby states and alleges:

### NATURE OF CASE

1.      This is a civil action for personal injuries suffered by plaintiff Beth Neary against defendants Emma Jean Tischler and Paula Tischler. This action arises out of a motor vehicle accident on October 2, 2019 in which defendant Emma Jean Tischler was the operator of a motor vehicle bearing Pennsylvania license plate KBX4914 which was owned by defendant Paula Tischler. Defendant Emma Jean Tischler did not see plaintiff stopped at a red light and struck the rear of plaintiff's vehicle while traveling westbound on Route 5 in the Town of Hamburg, County of Erie and State of New York. The defendants' negligence caused the collision, which caused the plaintiff to suffer serious injuries.

### PARTIES

2.      Plaintiff was and is an individual residing in the County of Erie and State of New York.

1

3. Upon information and belief and at all times hereinafter referenced, defendant Emma Jean Tischler, is a resident in the City of Bradenton, County of Manatee and State of Florida.

4. Upon information and belief and at all times hereinafter referenced, defendant Paula Tischler, is a resident in the City of Bradenton, County of Manatee and State of Florida.

## VENUE AND JURISDICTION

5. This Court has original jurisdiction over this action under 28 U.S.C. 1332 the amount in controversy exceeds seventy-five thousand dollars ($75,000) and plaintiff's state of citizenship is different from the state of citizenship of both defendants.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2), as a substantial part of the events giving rise to this claim occurred in the Town of Hamburg, County of Erie and State of New York, which is located within this District.

## STATEMENT OF CLAIMS

7. On or about October 2, 2019, plaintiff was the operator in a motor vehicle bearing New York license plate HAZ6376 which was traveling westbound on Route 5 and stopped at a red light at Lake Erie Blvd in the Town of Hamburg, County of Erie and State of New York.

8. At that same time, date and location, defendant Emma Jean Tischler, was the operator of a motor vehicle bearing Pennsylvania license plate KBX4914 which was traveling westbound on Route 5, did not see plaintiff stopped at the red light, and struck the rear of plaintiff's vehicle in the Town of Hamburg, County of Erie and State of New York.

9. At that same time, date and location, defendant Paula Tischler, was the owner of the motor vehicle bearing Pennsylvania license plate KBX4914.

2

10. At the same time, date and location, defendant Emma Jean Tischler operated the abovementioned motor vehicle with the permission of defendant Paula Tischler.

11. Due to the negligence of the defendants, the above listed vehicles collided with each other.

12. The plaintiff was at all times hereinafter referenced using due care.

13. As a result of the negligence of the defendants, plaintiff was injured.

14. As a result of the negligence of the defendants, plaintiff sustained serious injuries as defined by Article 51 of the Insurance Law of the State of New York.

15. As a result of the negligence of the defendants, plaintiff was caused to incur certain medical expenses and, upon information and belief, will continue to incur medical expenses in the future.

16. As a result of the negligence of the defendants, the plaintiff has been caused to sustain pain and suffering and, upon information and belief, will continue to sustain pain and suffering from his injuries in the future.

17. As a result of the negligence of the defendants, the plaintiff has been caused to sustain a loss of wages and upon information and belief will sustain future loss of wages.

18. As a result of the negligence of the defendants, the plaintiff has been caused or will be caused to sustain economic losses in excess of basic of economic loss.

### RELIEF REQUESTED

19. WHEREFORE, plaintiff seeks judgment against the defendants in an amount which exceeds the jurisdictional limits of all Courts of lower jurisdiction, together with the costs and disbursements of this action, and for such other and further relief as the Court deems just and proper.

## DEMAND FOR A JURY TRIAL

20.     Plaintiff hereby demands a jury trial as to all issues so triable as a matter of right, pursuant to F.R.C.P. 38(b)(1) and 38(c).

## CERTIFICATION AND CLOSING

21.     Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief, that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Dated:  September 21, 2022

Leah Costanzo, Esq.
Steve Boyd, P.C.
*Attorneys for plaintiff*
2969 Main Street, Suite 100
Buffalo, New York 14214
(716) 600-0000

4