**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

Beth Neary,

                      **Plaintiff,**       **NOTICE OF MOTION**

vs.

Emma Jean Tischler, and              **Civil No.: 1:22-cv-728-JJM**
Paula Tischler,

                    **Defendants.**

---

| | |
|---|---|
| MOTION MADE BY: | Sean M. Spencer, Esq., attorneys for the Defendants. |
| DATE TIME AND PLACE OF HEARING: | On a date and time to be determined by the Court. |
| SUPPORTING PAPERS: | Affirmation of Sean M. Spencer, Esq. dated February 28, 2025 with Exhibits. Affidavit of Dr. DiDonato sworn to February 26, 2025 with Exhibits. |
| RELIEF AND GROUNDS THEREFORE: | An Order pursuant to F.R.C.P. Rules 26, 37 and 45, and Local Rules of Civil Procedure for W.D.N.Y.: (a) striking plaintiff's claims of dental injury; (b) alternatively, permitting Defendants to obtain necessary discovery and time to disclose a dental expert; (c) holding Dr. Siegel in contempt and imposing sanctions upon him, or compelling Dr. Siegel to disclose his entire dental file; (d) awarding Defendants costs, expenses and attorney's fees for filing the instant motion. |
| TYPE OF ACTION: | Personal injury action. |
| ORAL ARGUMENT: | Requested. |
| REPLY PAPERS: | Defendants will be filing and serving reply papers. |

DATED:      Buffalo, NY
              February 28, 2025

Sean Spencer, Esq.
Hagelin Spencer LLC
*Attorneys for Defendants*
135 Delaware Avenue, Suite 200
Buffalo, New York 14202
(716) 849-3500
Email: spencer@hagelinspencer.com

TO:     Leah Costanzo, Esq.
        Steve Boyd, P.C.
        *Attorneys for Plaintiff*
        2969 Main Street, Suite 100
        Buffalo, New York 14214
        (716) 400-0000
        Email: lcostanzo@steveboyd.com